# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

　　MICHELLE ABERNATHY

　　　　Debtor(s)

Case No. 11-49930

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)  The case was filed on 12/13/2011.

　　2)  The plan was confirmed on 03/22/2012.

　　3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

　　4)  The trustee filed action to remedy default by the debtor in performance under the plan on 11/14/2012.

　　5)  The case was dismissed on 03/07/2013.

　　6)  Number of months from filing to last payment: 15.

　　7)  Number of months case was pending: 18.

　　8)  Total value of assets abandoned by court order:  NA .

　　9)  Total value of assets exempted: $3,846.00.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $13,606.86 | |
| Less amount refunded to debtor | $1,486.71 | |
| **NET RECEIPTS:** | | **$12,120.15** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $573.09 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,073.09** |

Attorney fees paid and disclosed by debtor:       $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABSOLUTE COLLECTION SERVICE | Unsecured | 2,572.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 4,165.00 | 0.00 | 73.45 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Secured | 24,835.00 | 29,073.45 | 29,000.00 | 6,104.82 | 1,261.69 |
| ARMOR SYSTEMS CORP | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| BOULDER CREDIT SERVICE | Unsecured | 645.00 | 644.55 | 644.55 | 0.00 | 0.00 |
| CHECK & GO OF ILLINOIS | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO POST OFFICE EMPLOYEEC | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO POST OFFICE EMPLOYEEC | Unsecured | 988.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO POST OFFICE EMPLOYEEC | Unsecured | 4,622.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,500.00 | 4,772.80 | 4,772.80 | 0.00 | 0.00 |
| COMCAST | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| DINERS CLUB | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FIRST AMERICAN CASH ADVANCE | Unsecured | NA | 1,990.20 | 1,990.20 | 0.00 | 0.00 |
| FIRST AMERICAN FINANCE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL & PYMT SYS | Unsecured | 2,000.00 | 1,662.59 | 1,662.59 | 0.00 | 0.00 |
| HARRIS BANK NA | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 500.00 | 663.56 | 663.56 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 320.00 | 320.00 | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 2,353.00 | 2,641.79 | 2,641.79 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,845.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 5,349.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 5,349.00 | 7,091.42 | 7,091.42 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | NA | 11,399.07 | 11,399.07 | 160.00 | 0.00 |
| JEFFREY L ROSEN & ASSOC | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| KENNEDY KING COLLEGE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 2,752.13 | 2,752.13 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | NA | 0.00 | 1,900.00 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Secured | 1,200.00 | 3,100.00 | 1,200.00 | 491.34 | 29.21 |
| NATIONAL RECOVERY AGENCY | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & CO | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & CO | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| NORTH STAR CAPITAL ACQUISITION | Unsecured | 500.00 | 1,257.58 | 1,257.58 | 0.00 | 0.00 |
| NORWEST CAPITAL INVESTMENTS | Unsecured | NA | 783.88 | 783.88 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 4,000.00 | 3,762.36 | 3,762.36 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,226.21 | 1,226.21 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 185.00 | 185.00 | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| STAR CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 553.00 | NA | NA | 0.00 | 0.00 |
| UIC HOSPITAL | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES CELLULAR CORP | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY SURGEONS | Unsecured | 15.00 | 15.00 | 15.00 | 0.00 | 0.00 |
| USA WEBCASH | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| WORKFORCE FINANCIAL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ZOOM PAYDAY ADVANCE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $30,200.00 | $6,596.16 | $1,290.90 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$30,200.00** | **$6,596.16** | **$1,290.90** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,719.07 | $160.00 | $0.00 |
| **TOTAL PRIORITY**: | **$11,719.07** | **$160.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$31,422.52** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,073.09 |
| Disbursements to Creditors | $8,047.06 |
| **TOTAL DISBURSEMENTS** : | **$12,120.15** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/19/2013                    By: /s/ Tom Vaughn
                                                        Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.



**UST Form 101-13-FR-S (09/01/2009)**